UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: )
)
RIGOBERTO MELGAR, ) Chapter 7
) Case No.: 11-80114
Debtor. )
_____) _____

**AMENDMENT COVER SHEET**

NOW Comes the Debtor, Rigoberto Melgar, by and through his undersigned attorney and amends Schedule J to show the following:

1. Debtor amends Schedule J, Line 8 to show an increase in transportation expenses due to rising fuel costs.

2. Debtor amends Schedule J, Line 1 to include the debtor's monthly mortgage payment of $926.00, including real estate taxes and property insurance.

This the 16th day of May, 2011

/s/ Sean Dillenbeck
Sean Dillenbeck
Crumley Roberts, LLP
1051 East Morehead Street, Ste. 100
Charlotte, NC 28204
Telephone: (704) 567-4529 Ext. 1289
Facsimile: (877-721-3123
stdillenbeck@crumleyroberts.com

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### Middle District of North Carolina

In re **Rigoberto Melgar**,
Debtor

Case No. **11-80114**

Chapter **7**

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 105,000.00 | | |
| B - Personal Property | Yes | 4 | 8,060.00 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 97,607.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 14,110.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,272.52 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,117.52 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| | | Total Assets | 113,060.00 | | |
| | | | Total Liabilities | 111,717.00 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Middle District of North Carolina

In re **Rigoberto Melgar**, Debtor

Case No. **11-80114**

Chapter **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,272.52 |
| Average Expenses (from Schedule J, Line 18) | 2,117.52 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,563.80 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 10,693.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 14,110.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 24,803.00 |

**B6J (Official Form 6J) (12/07)**

In re **Rigoberto Melgar**                 Case No. **11-80114**
                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

     Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 926.00 |
|    a. Are real estate taxes included?        Yes **X**    No ___ | |
|    b. Is property insurance included?        Yes **X**    No ___ | |
| 2. Utilities:    a. Electricity and heating fuel | $ 150.00 |
|                b. Water and sewer | $ 40.00 |
|                c. Telephone | $ 0.00 |
|                d. Other   **See Detailed Expense Attachment** | $ 196.00 |
| 3. Home maintenance (repairs and upkeep) | $ 10.00 |
| 4. Food | $ 375.00 |
| 5. Clothing | $ 10.00 |
| 6. Laundry and dry cleaning | $ 0.00 |
| 7. Medical and dental expenses | $ 10.00 |
| 8. Transportation (not including car payments) | $ 300.52 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 0.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|                a. Homeowner's or renter's | $ 0.00 |
|                b. Life | $ 0.00 |
|                c. Health | $ 0.00 |
|                d. Auto | $ 100.00 |
|                e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|              (Specify) _____ | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|                a. Auto | $ 0.00 |
|                b. Other _____ | $ 0.00 |
|                c. Other _____ | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other _____ | $ 0.00 |
|      Other _____ | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 2,117.52 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
     **Amendment reflects anticipated increase in monthly transportation expenses due to both the increasing cost of gas and necessary maintenance expenses due to the age of debtor's pickup truck.**

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ 2,272.52 |
| b.   Average monthly expenses from Line 18 above | $ 2,117.52 |
| c.   Monthly net income (a. minus b.) | $ 155.00 |

**B6J (Official Form 6J) (12/07)**
In re **Rigoberto Melgar** Case No. **11-80114**
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Cell Phone** | $ **150.00** |
| **Satelite** | $ **46.00** |
| **Total Other Utility Expenditures** | $ **196.00** |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

IN RE: )
)
RIGOBERTO MELGAR, ) Chapter 7
) Case No.: 11-80114
Debtor. )
_____) _____

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the *Amendment Cover Sheet, Amended Schedule J, & Summary of Schedules* were served on the parties listed below via Electronic Case Filing as indicated:

Michael West                                              Via Electronic Case Filing
U.S. Bankruptcy Administrator

John A. Northern                                          Via Electronic Case Filing
Chapter 7 Trustee

This the 16th day of May, 2011

                                                          /s/ Sean Dillenbeck
                                                          Sean Dillenbeck
                                                          Crumley Roberts, LLP
                                                          1051 East Morehead Street, Ste. 100
                                                          Charlotte, NC 28204
                                                          Telephone: (704) 567-4529 Ext. 1289
                                                          Facsimile: (877-721-3123
                                                          stdillenbeck@crumleyroberts.com